James K. Sweney, appellant, v. Frank B. Downing, appellee.  Gen. No. 30,953.

Action to recover alleged balance due on contract for exchange of properties.  Judgment for defendant.  Appeal from the Municipal Court of Chicago; the Hon. T. H. Miller, Judge, presiding.  Heard in the second division of this court for the first district at the March term, 1926.  Affirmed.  Opinion filed October 5, 1926.

Bernard F. Johnston and Edward N. Sherburne, for appellant. Robert F. Munsell, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

P. J. O'Connell, appellant, v. Myrtle Doble, also known as Myrtle Giblaro, appellee.  Gen. No. 31,010.

Action for rent.  Judgment for defendant.  Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding.  Heard in the second division of this court for the first district at the March term, 1926.  Reversed and remanded.  Opinion filed October 5, 1926.

Robert H. Holmes, for appellant.  Arnd, Gavin, Griffin & Maraz, for appellee; Frederick Arnd, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Michael Fox, appellee, v. Charles Pfander, appellant.  Gen. No. 31,022.

Bill to set aside conveyance and for other relief.  Decree for complainant.  Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding.  Heard in the second division of this court for the first district at the March term, 1926.  Affirmed. Opinion filed October 5, 1926.

Guy M. Blake, for appellant.  William G. Thon, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Edgewater Bond & Realty Company, appellee, v. Robert A. Guarno, appellant.  Gen. No. 31,032.

Action for commissions as real estate broker.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding.  Heard in the second division of this court for the first district at the March term, 1926.  Reversed and remanded.  Opinion filed October 5, 1926.

Ruekberg & Burr, for appellant.  No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

The National Cash Register Company, appellee, v. Clyde W. Riley Advertising System and Bernard W. Snow, bailiff, appellants.  Gen. Nos. 31,041 and 31,042.

Proceeding for trial of right of property.  Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Philip J. Finnegan, Judge, presiding.  Heard in the second division of this court for the first district at the March term, 1926.  Affirmed.  Opinion filed October 5, 1926.

William R. Wiley, for appellants.  Meads & Scott, for appellee.

Mr. Justice Barnes delivered the opinion of the court.